UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cr-00029-RLY-MPB ) |
| ARCINIAL MONTREAL WATT, | ) -01 ) |
| Defendant. | ) |

**ORDER APPOINTING CJA COUNSEL**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18. U.S.C. ' 3006A).

The Court hereby appoints **Andrew Carroll** as counsel to represent the Defendant for proceedings held in this court. Such appointment shall be deemed effective as of **8/29/2022**.

IT IS SO ORDERED.

Date: September 1, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record